# EXHIBIT 1

US00D943729S

# (12) United States Design Patent
## Ma

(10) Patent No.: **US D943,729 S**

(45) Date of Patent: ** **Feb. 15, 2022**

(54) **AIR COOLER FAN**

(71) Applicant: **Yinlong Ma**, Henan (CN)

(72) Inventor: **Yinlong Ma**, Henan (CN)

(**) Term: **15 Years**

(21) Appl. No.: **29/751,259**

(22) Filed: **Sep. 18, 2020**

(30) **Foreign Application Priority Data**

Mar. 20, 2020 (CN) .......................... 202030086074.8

(51) **LOC (13) Cl.** ............................................. **23-04**

(52) **U.S. Cl.**
USPC ...................................... **D23/381**; D23/333

(58) **Field of Classification Search**
USPC ...... D23/370, 381, 382, 411, 324, 332, 333, D23/342, 351, 360
CPC ........... F24F 7/007; F04D 25/08; A61L 9/032
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | | |
|---|---|---|---|---|---|
| 3,979,485 | A | * | 9/1976 | Hoag | F24F 6/04 261/30 |
| D276,551 | S | * | 11/1984 | Morooka | D23/381 |
| D281,276 | S | * | 11/1985 | Farrer | D23/370 |
| D281,277 | S | * | 11/1985 | Wimsatt | D23/381 |
| D287,274 | S | * | 12/1986 | Crowley | D23/356 |
| D290,872 | S | * | 7/1987 | Kouno | D23/382 |
| D293,714 | S | * | 1/1988 | Jih | D18/6 |
| D318,723 | S | * | 7/1991 | Chiu | D23/337 |
| D334,056 | S | * | 3/1993 | Cook | D23/382 |
| D339,858 | S | * | 9/1993 | Shong | D23/382 |
| D345,599 | S | * | 3/1994 | Williams, Jr. | D23/382 |
| D353,885 | S | * | 12/1994 | Hydak | D23/332 |
| D361,832 | S | * | 8/1995 | Cunning | D23/328 |
| D369,403 | S | * | 4/1996 | Reveal | D23/328 |

| | | | | | |
|---|---|---|---|---|---|
| D372,523 | S | * | 8/1996 | Radtke, Jr. | D23/328 |
| D377,390 | S | * | 1/1997 | Ketcham | D23/328 |
| D387,151 | S | * | 12/1997 | Fok | D23/332 |
| D408,907 | S | * | 4/1999 | Moreno | D23/412 |
| D409,300 | S | * | 5/1999 | Moreno | D23/411 |
| D413,685 | S | * | 9/1999 | Lasko | D23/381 |
| D415,270 | S | * | 10/1999 | Fok | D23/332 |
| D416,996 | S | * | 11/1999 | Mack | D23/381 |
| D421,494 | S | * | 3/2000 | Rossman | D23/332 |
| D424,683 | S | * | 5/2000 | Bellil | D23/381 |
| D429,326 | S | * | 8/2000 | Fok | D23/332 |
| D434,132 | S | * | 11/2000 | Shapiro | D23/382 |
| D531,296 | S | * | 10/2006 | Chen | D23/370 |
| D543,614 | S | * | 5/2007 | Chen | D23/382 |
| D546,437 | S | * | 7/2007 | Chen | D23/382 |
| D546,933 | S | * | 7/2007 | Chen | D23/382 |
| D564,084 | S | * | 3/2008 | Chen | D23/382 |
| D565,721 | S | * | 4/2008 | Chen | D23/382 |
| D566,260 | S | * | 4/2008 | Chen | D23/382 |
| D607,097 | S | * | 12/2009 | Yen | D23/382 |
| D620,582 | S | * | 7/2010 | Peterson | D23/382 |
| D620,583 | S | * | 7/2010 | Peterson | D23/382 |

(Continued)

*Primary Examiner* — Janice Hallmark

(57) **CLAIM**

The ornamental design for an air cooler fan, as shown and described.

**DESCRIPTION**

FIG. **1** is a perspective view of an air cooler fan showing my new design;

FIG. **2** is a front elevation view thereof;

FIG. **3** is a rear elevation view thereof;

FIG. **4** is a left side elevation view thereof;

FIG. **5** is a right side elevation view thereof;

FIG. **6** is a top plan view thereof; and,

FIG. **7** is a bottom plan view thereof.

The broken lines depict portions of the air cooler fan which form no part of the claimed design.

**1 Claim, 7 Drawing Sheets**



**US D943,729 S**

Page 2

(56)                           **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| D645,553 S | * | 9/2011 | Peterson | ...................... D23/411 |
| D645,554 S | * | 9/2011 | Peterson | ...................... D23/411 |
| D679,373 S | * | 4/2013 | Spoerl | .......................... D23/382 |
| D684,680 S | * | 6/2013 | Herbst | ......................... D23/411 |
| D685,079 S | * | 6/2013 | Herbst | ......................... D23/382 |
| D689,600 S | * | 9/2013 | Herbst | ......................... D23/382 |
| D724,716 S | * | 3/2015 | Guo | ............................. D23/356 |
| D726,892 S | * | 4/2015 | Chan | ............................ D23/333 |
| D737,420 S | | 8/2015 | Yeung | |
| D774,174 S | | 12/2016 | Chapman | |
| D779,647 S | | 2/2017 | Burton et al. | |
| D797,271 S | * | 9/2017 | Yang | ............................. D23/356 |
| D799,670 S | | 10/2017 | McDonnell | |
| 9,926,945 B2 | * | 3/2018 | McDonnell | ............ F16M 11/22 |
| D818,106 S | | 5/2018 | Junkel et al. | |
| D827,115 S | * | 8/2018 | Petersen | ...................... D23/333 |
| D845,465 S | | 4/2019 | Cui | |
| D850,593 S | * | 6/2019 | Petersen | ...................... D23/333 |
| D855,171 S | | 7/2019 | Xu | |
| D856,505 S | | 8/2019 | Sykes | |
| D892,293 S | * | 8/2020 | Okuhara | ...................... D23/370 |
| D893,698 S | * | 8/2020 | Lin | .............................. D23/381 |
| D896,936 S | * | 9/2020 | Ou | .............................. D23/333 |
| D903,088 S | * | 11/2020 | Chen | ............................ D23/382 |
| D905,844 S | * | 12/2020 | Su | ................................ D23/411 |
| D919,075 S | * | 5/2021 | Lin | .............................. D23/381 |
| D921,878 S | * | 6/2021 | Li | ................................ D23/381 |
| D933,180 S | * | 10/2021 | Chen | ............................ D23/333 |
| 2013/0093108 A1 | * | 4/2013 | Scolari | ................... A61L 9/122 |
| | | | | 261/146 |
| 2013/0181062 A1 | * | 7/2013 | Zimmer | ............... B05B 7/0081 |
| | | | | 239/8 |
| 2020/0217527 A1 | * | 7/2020 | Barlettano | .............. F24F 8/117 |
| 2021/0148584 A1 | * | 5/2021 | Barlettano | ............... F24F 1/36 |
| 2021/0293425 A1 | * | 9/2021 | Ma | ........................... F24F 6/14 |

* cited by examiner

**U.S. Patent**          Feb. 15, 2022          Sheet 1 of 7          US D943,729 S



FIG.1



FIG.2



FIG.3



FIG.4



FIG.5



FIG.6



FIG. 7